In the Matter of the Claims of MARGARET McMAHON and Others, Respondents, against JOHN GRETZULA and Another, Appellants.

STATE INDUSTRIAL BOARD, Respondent.

BLISS, J.   The Industrial Board submits to this court the following questions: " 1. Has the New York State Industrial Board the power and jurisdiction to consider the application made by claimants to reopen this claim as against the insurance carrier, in view of the fact that an award against said carrier has been reversed and the claim against said carrier dismissed on a previous appeal to this court? 2. If so, has the New York State Industrial Board the power and jurisdiction to reopen this claim and to grant a reformation of the policy of insurance herein, if the record and evidence which may be submitted so warrant?"   The first question submitted is answered in the affirmative under the authority of *Matter of Di Donato* v. *Rosenberg* (256 N. Y. 412).   The second question submitted is answered in the affirmative under the authority of *Royal Indemnity Co.* v. *Heller* (256 N. Y. 322) and *Barone* v. *Ætna Life Ins. Co.* (260 id. 410).   All concur.   Both questions certified by the State Industrial Board, under section 23 of the Workmen's Compensation Law, answered in the affirmative.

In the Matter of the Claim of MARCUS BRENNAN, Respondent, against MACK INTERNATIONAL MOTOR TRUCK CORPORATION and Another, Appellants.

STATE INDUSTRIAL BOARD, Respondent.*

PER CURIAM.   An earlier award for fifteen per cent loss of use of left leg, under paragraph b of subdivision 3 of section 15 of the Workmen's Compensation Law has been rescinded and a new award made of thirty per cent reduced earning capacity under paragraph v of subdivision 3 of section 15.†   The findings are to the effect that claimant's disability is not confined to the left leg, but that it it coupled with additional disability due to pain from arthritis.   Award affirmed, with costs to the State Industrial Board.   Hill, P. J., Rhodes, McNamee and Bliss, JJ., concur; Crapser, J., dissents and votes to reverse the award and to dismiss the claim on the authority of *Pinski* v. *Superior Fireproof D. & S. Co.* (209 App. Div. 305); *Matter of Nycz* v. *Buffalo Body Corp.* (221 id. 620).

* Affd., 262 N. Y. 660.   † Renum. from ¶ U by Laws of 1929, chap. 301.— [REP.